IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ISRAEL ALBERTO RIVAS GOMEZ,<br>JOHN DOE aka "Marcos Castro,"<br><br>    Defendants. | Case №: 1:18-CR-00002-LJO-SKO<br><br>**O R D E R**<br>**CONTINUING MARCH 19, 2018 STATUS CONFERENCE**<br><br>**CASE UNDER SEAL** |

Upon Stipulation of Defendants ISRAEL ALBERTO RIVAS GOMEZ and JOHN DOE AKA MARCOS CASTRO and the United States of America, their agreement time will be excluded because of this Stipulation, and good cause appearing that this case is unusual and complex because, at the moment, there is the potential for the maximum penalty of death should Defendant RIVAS GOMEZ be convicted as charged; that the ends of justice outweigh the best interests of the public in a speedy trial; that a miscarriage of justice would occur if the March 9, 2018 Status Conference were not continued; and that it would be unreasonable to deny time for the effective preparation by Defendant for pretrial motions and/or trial.

IT IS HEREBY ORDERED, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i), (ii), and (iv), vacating Defendant ISRAEL ALBERTO RIVAS GOMEZ' and JOHN DOE AKA MARCOS CASTRO'S Status Conference set for March 19, 2018 and continuing this matter for **Status Conference** to **June 18, 2018 at 1:00 p.m. before this Court**.

IT IS SO ORDERED.

Dated:   **March 16, 2018**                    /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE