IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ISRAEL ALBERTO RIVAS GOMEZ,<br>JOHN DOE aka "Marcos Castro,"<br><br>Defendants. | Case №: 1:18-CR-00002-LJO-SKO<br><br>**O R D E R<br>CONTINUING JUNE 18, 2018 STATUS CONFERENCE**<br><br>**CASE UNDER SEAL** |

Upon Stipulation of Defendant ISRAEL ALBERTO RIVAS GOMEZ, Co-defendant Marcos Castro, and the United States of America, their agreement to exclude time because of this Stipulation, and good cause appearing that this case is unusual and complex because, at the moment, there is the potential for the maximum penalty of death should Defendant RIVAS GOMEZ be convicted as charged.

THE COURT FINDS the ends of justice outweigh the best interests of the public in a speedy trial, that a miscarriage of justice would occur if the June 18, 2018 Status Conference were not continued, and that it would be unreasonable to deny time for the effective preparation by Defendant for pretrial motions and/or trial.

IT IS HEREBY ORDERED, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i), (ii), and (iv), vacating the Status Conference set for June 18, 2018 and continuing this matter for **Status Conference** to **October 1, 2018 at 1:00 p.m. before this Court**.

IT IS SO ORDERED.

Dated:  **June 13, 2018**                                    /s/ *Sheila K. Oberto*
                                                                       UNITED STATES MAGISTRATE JUDGE