IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №: 1:18-CR-00002-LJO-SKO |
| | ) | |
| Plaintiff, | ) | **O R D E R** |
| | ) | |
| vs. | ) | **GRANTING RIVAS GOMEZ' MOTION** |
| | ) | **TO NOT BE MOVED TO FRESNO, TO** |
| ISRAEL ALBERTO RIVAS GOMEZ, | ) | **WAIVE PERSONAL APPEARANCE AT** |
| JOHN DOE aka "Marcos Castro," | ) | **JANUARY 14, 2019 HEARING, AND TO** |
| | ) | **APPEAR BY VIDEO-** |
| Defendants. | ) | **TELECONFERENCE** |
| | ) | |

Upon Defendant ISRAEL ALBERTO RIVAS GOMEZ' *Motion to Not Be Moved to Fresno, to Waive Personal Appearance at January 14, 2019 Hearing, and to Appear by Video-Teleconference*, the Government and the U.S. Marshal having no opposition, and good cause appearing from his earlier under seal motion (Dkt. 49) and this Court's sealed order (Dkt. 47) for the same,

IT IS HEREBY ORDERED granting Defendant's *Motion to Not Be Moved to Fresno, to Waive Personal Appearance at January 14, 2019 Hearing, and to Appear by Video-Teleconference* from U.S. District Court in Sacramento.

RIVAS GOMEZ' counsel are further ordered to arrange with court personnel the video-teleconferences in both the Sacramento and Fresno division District Courts and to arrange with the Sacramento District Court's court interpreter for a Spanish language interpreter for MR. RIVAS GOMEZ for all hearings he attends by video-teleconference.


IT IS SO ORDERED.

Dated:   **January 2, 2019**              _____/s/ Lawrence J. O'Neill_____
                                          UNITED STATES CHIEF DISTRICT JUDGE