McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
ROSS PEARSON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00002-LJO-SKO |
| PLAINTIFF, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER (NOTE DATE CHANGE) |
| v. | |
| ISRAEL RIVAS-GOMEZ, ET AL., | DATE: January 14, 2019 |
| DEFENDANTS. | TIME: 3:00 p.m. |
| | COURT: Hon. Lawrence J. O'Neill |
| UNITED STATES OF AMERICA, | |
| PLAINTIFF, | |
| V. | CASE NO. 1:18-CR-00092-LJO-SKO |
| LUIS REYES CASTILLO, ET AL. | |
| DEFENDANTS. | |
| UNITED STATES OF AMERICA, | |
| PLAINTIFF, | |
| V. | |
| DENIS BARRERA-PALMA, ET AL. | CASE NO. 1:18-CR-00207-LJO-SKO |
| DEFENDANTS. | |

**STIPULATION**

1.    By previous order, this matter was set for status on January 14, 2019.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

1    2.    The parties stipulate to continue the status conference until February 25, 2019, at 3:00

2    p.m., and to exclude time between January 14, 2019, and February 25, 2019.

3    3.    The parties agree and stipulate, and request that the Court find the following:

4        a)    The government has represented that to date, it has produced voluminous

5    discovery in these cases, including: over 2,500 pages of wiretap applications and orders; 75

6    reports from the Fresno Sheriff's Office and the California Department of Justice; wiretap data,

7    pen register data, and precise location data totaling 186,000 files or 45 gigabytes of data; search

8    warrant photos for multiple locations, totaling over 8 gigabytes of data; surveillance footage;

9    criminal histories; and interview reports and audio.

10        b)    The government further represents that it will produce additional discovery,

11    consisting of: almost 900 reports from FBI, HSI, and California Department of Justice; search

12    warrants; forensic reports (as the forensic reports are completed); approximately 75 cell phone

13    reports, consisting of half a terabyte of data; returns from Facebook search warrants; and

14    additional surveillance footage.  Some of these items will be made available to defense (via

15    Maximus) and made available for inspection and copying by the end of the month of January.

16        c)    Counsel for defendants desire additional time to review this voluminous

17    discovery, discuss the charges with their clients, conduct research related to the charges, discuss

18    potential resolutions with their clients, prepare pretrial motions, and otherwise prepare for trial.

19        d)    Counsel for defendants believe that a continuance will provide them the

20    reasonable time necessary for effective preparation, taking into account the exercise of due

21    diligence.

22        e)    The government is in agreement with and shares in the request for the

23    continuance for the reasons noted herein.

24        f)    As to the status of the case, the government represents that *Rivas-Gomez, et al*, is

25    under review at the Capital Crimes Unit.  The government is aware that the review process is

26    moving forward, but does not know when it will receive final word as to whether the government

27    will seek or not seek the death penalty.

28        g)    For several reasons, including to improve efficiency of the overall case

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

proceeding forward, the government does not intent to include *Rivas-Gomez, et al* in a proposed RICO indictment.

h) The government has not completed preparation of a draft RICO indictment, but anticipates doing so within the next week.

i) At the last status conference, the Court directed that the government know whether any proposed RICO indictment is approved and that the Capital Crimes Unit provide an indication as to whether it would move forward with a seek or no-seek recommendation prior to the next status/scheduling conference set for January 14, 2019. However, several unanticipated factors arose since the December 3, 2018 status conference that affect the progress of these events. First, there has been a shift in personnel that affected staffing – several attorneys have been on extended leave due to family/medical issues, including one assigned to work on this case. Additionally, several attorneys have left/will shortly be leaving the office such that workloads had to be shifted to other attorneys. The government shutdown, which began on or about December 21, 2018, has impacted progress in the case as well. The government has been mindful of and diligent in its efforts to meet the Court's deadlines – over the holidays, undersigned counsel took leave only as follows: a half day on 12/24, 12/25 and 1/1. Otherwise, she worked evenings and weekends. However, the above-matters in various ways impacted the overall capacity of the team to meet the Court's deadlines.

j) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

k) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 14, 2019 to February 25, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), (B)(ii), and (B)(iv) because it is complex due to the number of defendants and nature of the prosecution, and results from a continuance granted by the Court on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3  must commence.

4         IT IS SO STIPULATED.

5

6

7   Dated:  January 10, 2019                          McGREGOR W. SCOTT
                                                       United States Attorney

8
                                                       /s/ KIMBERLY A. SANCHEZ
9                                                      KIMBERLY A. SANCHEZ
                                                       Assistant United States Attorney
10

11  Dated:  January 10, 2019                          /s/ DON KNIGHT
                                                       DON KNIGHT
12                                                     Counsel for Defendant
                                                       ISRAEL ALBERTO RIVAS
13                                                     GOMEZ
                                                       (authorized by email on January
14                                                     10, 2019)

15

16  Dated:  January 10, 2019                          /s/ Marcia Morrissey
                                                       MARCIA MORRISSEY
17                                                     Counsel for Defendant
                                                       MARCOS CASTRO
18                                                     (authorized by email on 1/10/19)

19

20  Dated:  January 10, 2019                          /s/ Marc Days
                                                       MARC DAYS
21                                                     Counsel for Defendant
                                                       LUIS REYNALDO REYES
22                                                     CASTILLO
                                                       (authorized by email on 1/10/19)
23

24

25

26

27

28

Dated:  January 10, 2019                          /s/ MARC KAPETAN

MARC KAPETAN
Counsel for Defendant
JOSE AUDON REYES
BARRERA
(authorized by email on January
10, 2019)


Dated:  January 10, 2019                          /s/ Mark Broughton

MARK A. BROUGHTON
Counsel for Defendant
DENIS BARRERA-PALMA
(authorized by phone on
1/10/19)


Dated:  January 10, 2019                          /s/ Peter Jones

PETER M. JONES
Counsel for Defendant
MARIO ALEXANDER
GARCIA
(authorized by email on 1/10/19)


Dated:  January 10, 2019                          /s/ E. MARSHALL HODGKINS

E. MARSHALL HODGKINS,
III
Counsel for Defendant
FRANCISCO LIZANO
(authorized by email on January
10, 2019)


Dated:  January 10, 2019                          /s/ MICHAEL J. AED

MICHAEL J. AED
Counsel for Defendant
EVER MEMBRENO
(authorized by email on January
10, 2019)


Dated:  January 10, 2019                          /s/ Dale Blickenstaff

DALE A. BLICKENSTAFF
Counsel for Defendant
EDGAR TORRES-AMADOR
(authorized by email on 1/10/19)

Dated: January 10, 2019

/s/ W. SCOTT QUINLAN
W. SCOTT QUINLAN
Counsel for Defendant
LORENZO AMADOR
(authorized by email on January 10, 2019)

Dated: January 10, 2019

/s/ Roger Wilson
ROGER D. WILSON
Counsel for Defendant
JOSE WILSON NAVARETTE-MENDEZ
(authorized by email on 1/10/19)

Dated: January 10, 2019

/s/ John Garland
JOHN F. GARLAND
Counsel for Defendant
DENIS RODOLFO ALFARO-TORRES
(authorized by email on 1/10/19)

Dated: January 10, 2019

/s/ NICHOLAS CAPOZZI
NICHOLAS CAPOZZI
Counsel for Defendant
SANTOS BONILLA
(authorized by email on January 10, 2019)

Dated: January 10, 2019

/s/ Roger Bonakdar
ROGER S. BONAKDAR
Counsel for Defendant
HENRY BONILLA
(authorized by email on 1/10/19)

Dated: January 10, 2019

/s/ Daniel Harralson
DANIEL L. HARRALSON
Counsel for Defendant
CHRISTIAN HIDALGO
(authorized by email on 1/10/19)

Dated: January 10, 2019

/s/ Richard Beshwate

RICHARD A. BESHWATE
Counsel for Defendant
MARVIN VILLEGAS-
SEGOVIA
(authorized by email on 1/10/19)

Dated: January 10, 2019

/s/ JOHN A. MEYER

JOHN A. MEYER
Counsel for Defendant
BRENDA YAJAIRA
MORALES-RUIZ
(authorized by email on January
10, 2019)

Dated: January 10, 2019

/s/ Carrie McCreary

CARRIE C. MCCREARY
Counsel for Defendant
CLAUDIA ELIZABETH
LIZAOLA
(authorized by email on 1/10/19)

Dated: January 10, 2019

/s/ GARY L. HUSS

GARY L. HUSS
Counsel for Defendant
OSCAR ANTONIO REYES
(authorized by email on January
10, 2019)

## FINDINGS AND ORDER

IT IS SO FOUND.  THAT SAID, THE COURT IS UNAVAILABLE ON THE DATE OF

FEBRUARY 25TH AT THAT TIME.  THE MATTER, THEREFORE IS CONTINUED TO MARCH 4,

2019 AT 3:00 P.M.


IT IS SO ORDERED.

Dated: __**January 11, 2019**__     _____/s/ Lawrence J. O'Neill_____
                                          UNITED STATES CHIEF DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

7