IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №: 1:18-CR-00002-LJO-SKO |
|---|---|---|
| Plaintiff, | ) | **O R D E R** |
| vs. | ) | **GRANTING RIVAS GOMEZ' MOTION TO NOT BE MOVED TO FRESNO, TO WAIVE PERSONAL APPEARANCE AT JUNE 3, 2019 HEARING, AND TO APPEAR BY VIDEO-TELECONFERENCE** |
| ISRAEL ALBERTO RIVAS GOMEZ, JOHN DOE aka "Marcos Castro," | ) | |
| Defendants. | ) | |

Upon Defendant ISRAEL ALBERTO RIVAS GOMEZ' *Motion to Not Be Moved to Fresno, to Waive Personal Appearance at June 3, 2019 Hearing, and to Appear by Video-Teleconference*, the Government and the U.S. Marshal having no opposition, and good cause appearing from his earlier under seal motion (Dkt. 49) and this Court's sealed order (Dkt. 47) for the same,

IT IS HEREBY ORDERED granting Defendant's *Motion to Not Be Moved to Fresno, to Waive Personal Appearance at June 3, 2019 Hearing, and to Appear by Video-Teleconference* from U.S. District Court in Sacramento.

RIVAS GOMEZ' counsel are further ordered to arrange with court personnel the video-teleconferences in both the Sacramento and Fresno division District Courts and to arrange with the Sacramento District Court's court interpreter for a Spanish language interpreter for MR. RIVAS GOMEZ for all hearings he attends by video-teleconference.

IT IS SO ORDERED.

Dated: **May 23, 2019**         /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

*United States v. Israel Alberto Rivas Gomez*     1     Order Granting Rivas Gomez' Motion to Not Be Moved to Fresno, to Waive Personal Appearance at June 3, 2019 Hearing, and to Appear by Video-Teleconference