# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **1:18-cr-00002-LJO-SKO** |
| **Plaintiff,** | **SCHEDULING ORDER** |
| **v.** | |
| **ISRAEL ALBERTO RIVAS GOMEZ, JOHN DOE aka "Marcos Castro,"** | |
| **Defendants.** | |

On June 3, 2019, the Court held a status conference in the above-captioned case as to Defendants Israel Alberto Rivas Gomez and John Doe aka Marcos Castro. Defense counsel Heather Williams, Erin Snider, and Kevin Little appeared on behalf of their respective clients. Kathleen Servatius appeared on behalf of the Government. Although the Court previously declared this a complex case, it was not solely on the basis of it being a capital case. The Court still considers this to be a complex case. Therefore, a time exclusion order, even though requested by the Government, is unnecessary. If this were not a declared complex case, the Court would exclude time on the basis of counsels' request for additional time concerning discovery and their availability due to other pressing matters in other cases. Pursuant to discussions with counsel at the scheduling conference, the Court **ORDERS** that this case proceed as follows:

1. **Discovery**

   The Government discovery cutoff is **July 14, 2019**.

2. **Non-*in Limine* Motions**

   All non-*in limine* motions must be filed on or before **April 6, 2020**. Oppositions must be filed on or before **April 27, 2020**. Replies must be filed on or before **May 5, 2020**. A hearing on any non-*in*

1

*limine* motions filed is set for **Monday, May 18, 2020** at **1:30 pm** in Courtroom 4 before Chief Judge Lawrence J. O'Neill.

**3. Motions *in Limine***

All motions *in limine* must be filed on or before **July 7, 2020**. Oppositions must be filed on or before **July 28, 2020**. Replies must be filed on or before **August 4, 2020**. A hearing on motions filed pursuant to the above provision is set for **Monday, August 17, 2020** at **1:30 pm** in Courtroom 4 before Chief Judge Lawrence J. O'Neill.

**4. Trial Confirmation Hearing**

A trial confirmation hearing is set for **Monday, October 5**, 2020 at **1:30 p.m.** in Courtroom 4 before Chief Judge Lawrence J. O'Neill.

**5. Trial Date**

The trial is set to begin on **Tuesday, October 20, 2020** at **8:30 am** in Courtroom 4 before Chief Judge Lawrence J. O'Neill. This date, due to the enormous task of obtaining non-conflicting dates from all counsel, coupled with how much time all parties are being given to get the discovery and trial preparation completed, will NOT BE CHANGED. Any conflict that arises for the now-set trial date in this case will be a conflict in the OTHER case (State or Federal), and not this case. This includes the understanding that counsel are to advise any other judge from any other court as soon as a possible conflict arises of the specific special setting of this case. If there is push back from the other court, counsel are required to notify this Court of the problem immediately, and this Court will make appropriate court-to-court contacts. Counsel need not to agree to the setting of any case that has a start date before this October 20, 2020 trial date that has the potential of interfering with the start of this trial.

IT IS SO ORDERED.

Dated:  __**June 4, 2019**__                  _____**/s/ Lawrence J. O'Neill**_____
                                                              UNITED STATES CHIEF DISTRICT JUDGE