IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №: 1:18-CR-00002-LJO-SKO |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| vs. | ) | **GRANTING RIVAS GOMEZ'S MOTION TO WITHDRAW DONALD KNIGHT AS CO-ATTORNEY OF RECORD** |
| ISRAEL ALBERTO RIVAS GOMEZ, | ) | |
| Defendant. | ) | |

Upon Defendant ISRAEL ALBERTO RIVAS GOMEZ'S *Motion to Withdraw as Attorney of Record,* this Court, having read the above captioned matter and being fully advised, and as ordered at the June 3, 2019 Status Conference,

IT IS HEREBY ORDERED granting that co-counsel, Donald R. Knight is permitted to withdraw as attorney of record for the Defendant, Israel Alberto Rivas Gomez.

IT IS SO ORDERED.

Dated:  **July 24, 2019**                          /s/ Lawrence J. O'Neill
                                                    UNITED STATES CHIEF DISTRICT JUDGE