IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ISRAEL ALBERTO RIVAS GOMEZ,<br>JOHN DOE aka "Marcos Castro,"<br><br>Defendants. | Case №: 1:18-CR-00002-LJO-SKO<br><br>**AMENDED O R D E R**<br><br>**GRANTING RIVAS GOMEZ' MOTION TO NOT BE MOVED TO FRESNO, TO WAIVE PERSONAL APPEARANCE AT JANUARY 3, 2020 HEARING, AND TO APPEAR TELEPHONCALLY OR BY VIDEO-TELECONFERENCE** |

Upon Defendant ISRAEL ALBERTO RIVAS GOMEZ' *Motion to Not Be Moved to Fresno, to Waive Personal Appearance at January 3, 2020 Hearing, and to Appear Telephonically or by Video-Teleconference*, the Government and the U.S. Marshal having no opposition, and good cause appearing from his earlier under seal motion (Dkt. 49) and this Court's sealed order (Dkt. 47) for the same,

IT IS HEREBY ORDERED granting Defendant's *Motion to Not Be Moved to Fresno, to Waive Personal Appearance at January 3, 2020 Hearing, and to Appear Telephonically or by Video-Teleconference* from U.S. District Court in Sacramento.

RIVAS GOMEZ' counsel are further ordered to arrange with court personnel the telephonic or video-teleconferences in both the Sacramento and Fresno division District Courts and to arrange with the Sacramento District Court's court interpreter for a Spanish language interpreter for MR. RIVAS GOMEZ for all hearings he attends by video-teleconference.

IT IS SO ORDERED.

Dated: __December 31, 2019__          /s/ *Sheila K. Oberto*
                                                              UNITED STATES MAGISTRATE JUDGE