McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
ROSS PEARSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>ISRAEL ALBERTO RIVAS GOMEZ, and<br>JOHN DOE, AKA, MARCOS CASTRO,<br><br>                    Defendants. | CASE NO. 1:18-CR-00002-NONE<br><br>STIPULATION TO EXTEND MOTIONS<br>DEADLINES AND HEARING DATE; FINDINGS<br>AND ORDER |

**STIPULATION**

1.      On June 4, 2019, this Court (O'Neill, C.J.) issued a Scheduling Order, Dkt. 69, setting the following deadlines for non-in limine motions:

          a)      Non-in limine motions shall be filed no later than April 6, 2020.

          b)      Oppositions must be filed no later than April 27, 2020.

          c)      Replies must be filed no later than May 5, 2020.

          d)      A hearing is set for May 18, 2020.

2.      Defendant Israel Alberto Rivas-Gomez filed four motions on or before April 6, 2020: a Motion for a Protective Order (Dkt. 87); a Motion to Change Venue (Dkt. 88/89); a Motion to Suppress (Dkt. 92/93); and a Motion to Dismiss the Indictment, or, in the Alternative a Motion for a Bill of Particulars (Dkt. 94).

3. Defendant Marcos Castro filed a Motion for Leave to File Additional Motions (Dkt. 90), asking the Court to extend the motions deadline. Castro also joined each of Rivas-Gomez's motions. (*See* Dkts. 91 and 95).

4. By this stipulation, the parties now move to extend certain motions' deadlines and continue the select motions' hearings.

5. Counsel agree and stipulate that the following motions schedule shall apply as to the Motion for a Protective Order, filed by Rivas-Gomez (Dkt. 87):

    a) The United States' opposition shall be filed no later than May 15, 2020.

    b) The hearing will proceed as scheduled on May 18, 2020, either by videoconference or telephonically.

    c) Rivas-Gomez waives his right to reply in writing and respond as needed at the hearing.

6. Counsel agree and stipulate that the following motions schedule shall apply as to all other motions filed by Rivas-Gomez:

    a) The United States' opposition shall be filed no later than May 15, 2020.

    b) Rivas-Gomez shall file replies no later than June 1, 2020.

    c) The hearing on these motions will be held on August 17, 2020, along with the currently-scheduled hearing on Motions in Limine.

7. Counsel agree and stipulate that the following motions schedule shall apply as to motions filed by Castro:

    a) Castro shall file all non-in limine motions no later than June 1, 2020.

    b) The United States shall file its opposition to all non-in limine motions no later than June 29, 2020.

    c) Castro shall file a reply no later than July 13, 2020.

    d) The hearing on these motions will be held on August 17, 2020, along with the currently-scheduled hearing on Motions in Limine.

8. The parties also agree and stipulate, and request that the Court find the following:

    a) The global COVID-19 pandemic has substantially affected the ability of the

2

parties to both prepare and respond to non-in limine motions.  Counsel have been affected by statewide shelter-in-place orders in effect since mid-March, work-from-home limitations, and other difficulties in communicating with witnesses and obtaining documents.  Defense counsel have had and continue to have challenges by not meeting in-person with their clients due to office policies not to conduct in-person visits at the jail and in limited attorney-client private calls or other communications since mid-March.  In addition, other cases with pressing coronavirus-related issues have required all counsel to deal with these time-sensitive issues.  As such, counsel believe the current motions schedule should be modified to reflect these new difficulties that were unforeseen at the time this Court issued the scheduling order.

b)      On April 17, 2020, this Court issued General Order 617, which suspends all jury trials in the Eastern District of California scheduled to commence before June 15, 2020, and allows district judges to continue all criminal matters to a date after June 1.  This and previous General Orders were entered to address public health concerns related to COVID-19.  In addition to the public health concerns cited by General Order 617, and presented by the evolving COVID-19 pandemic, a continuance of the current hearing date for non-in limine motions is particularly apt in this case because an evidentiary hearing on these motions may involve witnesses and require live testimony. This testimony would be difficult or impossible to accomplish by telephone or videoconference.

c)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 18, 2020, to August 17, 2020, inclusive, is deemed excludable pursuant to 18 USC §3161(h)(1)(D) [Local Code E] because it is "delay resulting from any pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion."

9.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  April 24, 2020                              McGREGOR W. SCOTT
                                                    United States Attorney


                                                    /s/ ROSS PEARSON
                                                    ROSS PEARSON
                                                    Assistant United States Attorney


Dated:  April 24, 2020                              /s/ HEATHER E. WILLIAMS
                                                    HEATHER E. WILLIAMS
                                                    Counsel for Defendant
                                                    ISRAEL ALBERTO RIVAS-GOMEZ
                                                    (Authorized by email on April 24, 2020)

Dated:  April 24, 2020                              /s/ KEVIN G. LITTLE
                                                    KEVIN G. LITTLE
                                                    Counsel for Defendant
                                                    JOHN DOE aka MARCOS CASTRO
                                                    (Authorized by email on April 24, 2020)


## FINDINGS AND ORDER

IT IS SO ORDERED.

   Dated:   **April 27, 2020**          _____
                                        UNITED STATES DISTRICT JUDGE