IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00002-NONE-SKO |
| Plaintiff, | |
| vs. | **O R D E R**<br>**GRANTING DEFENDANT RIVAS GÓMEZ'**<br>**RULE 43 APPEARANCE WAIVER**<br>**AT 5/22/2020 MOTION HEARING** |
| ISRAEL ALBERTO RIVAS GÓMEZ, | |
| Defendant. | |

Upon Defendant' Israel Alberto Rivas Gómez' *Request* and good cause appearing from the *Request,*

IT IS HEREBY ORDERED waiving Defendant ISRAEL ALBERTO RIVAS GÓMEZ' in-person, video teleconference and telephonic appearances and presence at his May 22, 2020 *Motion for Protective Order* hearing, pursuant to Federal Rule of Criminal Procedure 43(b)(3).

Further, the United States Marshals are ordered to **not** transport him from the Sacramento County Jail (where he is listed as *Israel Gomez*) to the United States District Court – Sacramento on May 22, 2020.

Defense counsel is ordered to contact the Court's interpreter to notify her interpretation services are not required in Sacramento for the May 22, 2020 motion hearing.

IT IS SO ORDERED.

Dated:   **May 18, 2020**

_____
UNITED STATES DISTRICT JUDGE