McGREGOR W. SCOTT
United States Attorney
ROSS PEARSON
KATHLEEN A. SERVATIUS
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO. 1:18-CR-00002 NONE-SKO** |
| **Plaintiff,** | **STIPULATION TO EXTEND TIME FOR FILING GOVERNMENT RESPONSES AND PROPOSED ORDER** |
| v. | Date: August 17, 2020 |
| **ISRAEL RIVAS GOMEZ, AND MARCOS CASTRO,** | Time: 8:30 a.m.<br>COURT: Hon. Dale A. Drozd |
| **Defendants.** | |

The United States of America, by and through McGREGOR W. SCOTT, United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorneys, and the defendants RIVAS and CASTRO, by and through their attorneys of record, hereby stipulate to extend the time for filing the Government's response to defendants' Motion to Dismiss and Motion to Change Venue.

The parties have agreed that the time for filing the Government's responses be extended from May 15, 2020 until May 22, 2020. The defendants shall have until June 8, 2020 to file their replies.

///

///

///

///

McGREGOR W. SCOTT
United States Attorney

STIPULATION TO EXTEND TIME          1

Dated: May 18, 2020

/s/ *Kathleen A. Servatius*
KATHLEEN A. SERVATIUS
Assistant United States Attorney

Dated: May 18, 2020

/s/ *Heather E. Williams*
HEATHER E. WILLIAMS
FEDERAL DEFENDER

/s/ *Erin M. Snider*
Assistant Federal Defender
ATTORNEYS FOR Israel Rivas-Gomez

Dated: May 18, 2020

/s/ *Kevin Little*
KEVIN LITTLE
ATTORNEY FOR Marcos Castro

**ORDER**

IT IS SO ORDERED.

Dated:   **May 19, 2020**                                           
UNITED STATES DISTRICT JUDGE