1   Kevin G. Little, SBN 149818
    **LAW OFFICE OF KEVIN G. LITTLE**
2   Post Office Box 8656
    Fresno, California 93747
3   Telephone: (559) 342-5800
    Facsimile: (559) 242-2400
4   E-Mail:  kevin@kevinlittle.com

5   Attorneys for Defendant John Doe, aka Marcos Castro

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11   UNITED STATES OF AMERICA,        )    Case №: 1:18-CR-00002-NONE-SKO
                                      )
12            Plaintiff,              )    **ORDER GRANTING REQUEST TO**
                                      )    **SEAL DOCUMENTS**
13        vs.                         )
                                      )
14   ISRAEL ALBERTO RIVAS GOMEZ:      )
     JOHN DOE aka "Marcos Castro,"    )
15                                    )
              Defendants.             )
16                                    )
                                      )
17   _____ )

18        Pursuant to Local Rule 141(b) and based upon the representation contained in the

19   defendant John Doe a\ka Marcos Castro's Request to Seal, IT IS HEREBY ORDERED

20   that the following documents shall be SEALED until further order of this Court:

21   DEFENDANT'S REQUEST TO FILE PLEADINGS UNDER SEAL; SUPPORTING
22   DECLARATION

23   DEFENDANT'S MOTIONS SEEKING: (1) SUPPRESSION OF INTERROGATION
24   STATEMENTS AND RELATED EVIDENCE; (2) A FRANKS HEARING RE: THE
     ARREST WARRANT; (3) A SEPARATE TRIAL; (4) AN INTRADISTRICT
25   TRANSFER; (5) AN ORDER COMPELLING DISCOVERY; (6) AN ORDER FOR
     FOREIGN DEPOSITIONS; (7) LEAVE TO FILE ADDITIONAL MOTIONS; AND (8)
26   CONTINUANCE OF MOTION IN LIMINE AND TRIAL DATES; SUPPORTING
27   DECLARATION OF COUNSEL; SUPPORTING EXHIBITS

28                                    -1-
                    ORDER GRANTING REQUEST TO SEAL DOCUMENTS

1  DEFENDANT'S NOTICE OF INTENT TO PRESENT AFFIRMATIVE DEFENSE

2        It is further ordered that access to the sealed documents shall be limited to the

3  government and counsel for the moving defendant.

4        The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S.*

5  *District Court for the District of Oregon,* 920 F.2d 1462 (9th Cir. 1990). The Court finds

6  that, for the reasons stated in the defendant's request, sealing these three pleadings serves

7  a compelling interest. The Court further finds that, in the absence of closure, the

8  compelling interests identified by the defendant would be harmed. The Court further

9  finds that there are no additional alternatives to sealing the defendant's three pleadings

10  that would adequately protect the compelling interests identified by the defendant in his

11  request.[1]

12

IT IS SO ORDERED.

13

14        Dated:   **June 2, 2020**                           _____
                                                            UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24  [1]  The court is concerned regarding the scope of the sealing sought by defendant's counsel and
granted here.  Defendant's filings to which this order relates are lengthy.  However, a cursory

25  review of those motions and attachments thereto suggests that not all of the contents of those
filings reflect the type of information which supports sealing. The court may revisit this order

26  and require defendant's counsel to file the motions on the public docket and then file
supplements to the motions with the sensitive material included only sealed supplemental filings

27  rather than having entire motions filed under seal.

28
                                              -2-
                        ORDER GRANTING REQUEST TO SEAL DOCUMENTS