McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
ROSS PEARSON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:18-CR-00002-NONE |
| Plaintiff, | UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITIONS TO NON-IN LIMINE MOTIONS FILED BY MARCOS CASTRO MOTIONS; ORDER |
| v. | |
| JOHN DOE AKA MARCOS CASTRO, | |
| Defendant. | |

By previous stipulation and order, this Court ordered Defendant Marcos Castro to file non-in limine motions no later than June 1, 2020, and ordered the United States to file its oppositions no later than June 29, 2020.  Dkt. 96.  Castro timely filed eight non-in limine motions on June 1, 2020, including a motion to suppress his three statements, a motion for a Franks hearing, a motion to sever, and a motion to transfer venue, among others.  Dkt. 122 (redacted version; original filed under seal).  The United States has been working to respond to these motions, but despite the exercise of due diligence additional time is needed.  The United States therefore moves for a four-day extension of the deadline to file oppositions, so that its oppositions shall be filed no later than Friday, July 3, 2020.  The United States has communicated with counsel for Castro, who indicated by email that he has no objection.

1    Dated:  June 22, 2020                      McGREGOR W. SCOTT
                                                United States Attorney
2
                                                /s/ ROSS PEARSON
3                                               _____
                                                ROSS PEARSON
4                                               Assistant United States Attorney

5

6                                    **ORDER**

7        IT IS HEREBY ORDERED that the United States' oppositions to Defendant Marcos Castro's

8    non-in limine motions shall be filed no later than July 3, 2020.

9    IT IS SO ORDERED.

10
        Dated:   **June 29, 2020**            _____
11                                             UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28