Kevin G. Little, SBN 149818
**LAW OFFICE OF KEVIN G. LITTLE**
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 342-5800
Facsimile: (559) 242-2400
E-Mail:  kevin@kevinlittle.com

Attorneys for Defendant John Doe, aka Marcos Castro

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case №: 1:18-CR-00002-NONE-SKO |
| Plaintiff, ) | **STIPULATION TO EXTEND TIME FOR FILING REPLIES AND ORDER** |
| vs. ) | |
| ISRAEL ALBERTO RIVAS GOMEZ: ) JOHN DOE aka "Marcos Castro," ) | |
| Defendants. ) | |

    Defendant Macros Castro by and through his Attorney Kevin G. Little, and the United States of America, by and through McGREGOR W. SCOTT, United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorneys, hereby stipulate to extend the time for Defendant to file replies to the Government's oppositions.

    The parties have agreed to extend the time for filing of the government's remaining oppositions to July 13, 2020, and the defendant's replies shall be extended from July 13, 2020 until July 27, 2020.

Dated: July 11, 2020                                              */s/ Kevin G. Little*
                                                                                         KEVIN LITTLE
                                                                                         ATTORNEY FOR Marcos Castro

1

2  Dated: July _13_, 2020                          /s/ *Kathleen A. Servatius*
3                                                  KATHLEEN A. SERVATIUS
                                                   Assistant United States Attorney
4

5  IT IS SO ORDERED.

6     Dated:   **July 13, 2020**        _____
7                                        UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28