McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
ROSS PEARSON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>ISRAEL RIVAS-GOMEZ,<br><br>                    Defendant. | CASE NO. 1:18-CR-00002-NONE<br><br>STIPULATION FOR PROTECTIVE ORDER; ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.     The Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure and its general supervisory authority.

2.     Defendant Israel Riva-Gomez was recorded during a covert operation conducted by the Federal Bureau of Investigation using a confidential informant. Disclosure of the recording and the accompanying summary translation will likely reveal the identity of the confidential informant, which could place the confidential informant at risk of harm.

3.     By signing this Stipulation and Protective Order, Defense Counsel agrees not to share the covert recording and the accompanying summary translation of Rivas-Gomez with anyone other than designated defense investigators and support staff. Defense Counsel may discuss the contents of the

recording and the accompanying summary translation with the defendant but will not identify the identity of the confidential informant. The parties agree that Defense Counsel, defense investigators and support staff shall not allow the defendant to copy such information.

4. The recording provided may only be used in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States Government. Defense Counsel will return the discovery to the Government or certify that it has been destroyed at the conclusion of the case.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising his or her respective client, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

7. In the event that the defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

IT IS SO STIPULATED.

Dated:  
McGREGOR W. SCOTT  
United States Attorney

/s/ ROSS PEARSON  
ROSS PEARSON  
Assistant United States Attorney

Dated: 12/1/2020  
/s/ *Heather E. Williams*  
HEATHER WILLIAMS  
Counsel for Defendant  
ISRAEL RIVAS-GOMEZ

STIPULATION FOR PROTECTIVE ORDER; [PROPOSED] PROTECTIVE ORDER

2

**ORDER**

IT IS SO ORDERED.

Dated:   **January 18, 2021**

*/s/ Dale A. Drozd*
UNITED STATES DISTRICT JUDGE