IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №: 1:18-CR-00002-NONE-SKO |
|---|---|---|
| Plaintiff, | ) | **O R D E R**  **UNSEALING DOCKETS 83 and 84** |
| vs. | ) | |
| ISRAEL ALBERTO RIVAS GOMEZ, | ) | |
| Defendant. | ) | |

Upon Defendant ISRAEL ALBERTO RIVAS GOMEZ' motion, pursuant to the Honorable Shiela K. Oberto's *ex parte* and under seal order of January 8, 2020 (Dkt. 83), and good cause appearing,

IT IS HEREBY ORDERED that the Clerk of Court unseal Docket 83 - *Ex Parte Under Seal Order Granting Rivas Gomez' Motion for Court Order to Sacramento County Jail for Defendant Expert Evaluation* and Docket 84 - Defendant's *Ex Parte and Under Seal Order and Findings Granting Rivas Gomez' Request to File Ex Parte And Under Seal (1) Instant Request and Motion for Court Order to Sacramento County Jail for Defendant Expert Evaluation and (2) to Not Have to File a "Notice of Request to Seal Documents."*

IT IS SO ORDERED.

Dated: __February 18, 2021__

UNITED STATES MAGISTRATE JUDGE

1