Kevin G. Little, SBN 149818
**LAW OFFICE OF KEVIN G. LITTLE**
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 342-5800
Facsimile: (559) 242-2400
E-Mail: kevin@kevinlittle.com

Attorneys for Defendant John Doe, aka Marcos Castro

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case №: 1:18-CR-00002-NONE-SKO |
| Plaintiff, | **STIPULATION RE: REDACTION OF COURT'S AUGUST 3, 2021 ORDER AND ORDER** |
| vs. | |
| ISRAEL ALBERTO RIVAS GOMEZ: JOHN DOE aka "Marcos Castro," | |
| Defendants. | |

Defendants Israel Alberto Rivas Gómez and John Doe, aka Marcos Castro, by and through their respective attorneys, Heather E. Williams, Federal Defender, and Kevin G. Little, and the United States of America, by and through Phillip A. Talbert, Acting United States Attorney, and Ross Pearson and Melanie L. Alsworth, Assistant United States Attorneys, hereby stipulate that the following portions of the Court's August 3, 2021 Order (Doc. No. 201 – sealed) should remain sealed and not be included in the public version thereof:

Page 6, lines 13-20 (entirety); Page 9, lines 21-24 (sentence beginning with "Rather"); Page 12, footnote 7 (entirety).

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  August 24, 2021 | */s/ Heather Williams* <br> HEATHER E. WILLIAMS <br> Federal Public Defender <br> Attorney for Defendant <br> Israel Rivas Gomez |
| Dated: August 24, 2021 | */s/ Kevin G. Little* <br> KEVIN G. LITTLE <br> Attorney for Defendant <br> John Doe, aka Marcos Castro |
| Dated: August 24, 2021 | /s/ *Ross Pearson* <br> ROSS PEARSON <br> MELANIE L. ALSWORTH <br> Assistant United States Attorneys |

## ORDER

On August 3, 2021, the court issued a decision addressing defendant Marcos Castro's motion to suppress.  (Doc. No. 201.)  The court ordered that the decision be temporarily filed under seal and that the parties should meet and confer regarding any redactions from the version appearing on the public docket that might be necessary.  (*Id*. at 39.)  The parties have now stipulated to certain redactions, which the court has reviewed in detail.  The court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990), and finds that redacting the suggested portions serves a compelling interest, that that, in the absence of these redactions, the compelling interests would be harmed, and that there are no additional alternatives to the redactions that would adequately protect the compelling interests.

IT IS SO ORDERED.

Dated:   **August 27, 2021**

UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION RE: REDACTION OF COURT'S AUGUST 3, 2021 ORDER