PHILLIP A. TALBERT
Acting United States Attorney
ROSS PEARSON
MELANIE ALSWORTH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00002-NONE |
| Plaintiff, | STIPULATION FOR EXTENSION OF MOTIONS IN LIMINE BRIEFING SCHEDULE; FINDINGS AND ORDER |
| v. | |
| ISRAEL RIVAS-GOMEZ, AND MARCOS CASTRO, | |
| Defendants. | |

**STIPULATION**

1.      In February 2021, at the request of the parties, this Court set the following motions in limine schedule:

a)      Motions in Limine shall be filed by September 13, 2021.

b)      Oppositions shall be filed by October 4, 2021.

2.      The Court scheduled a hearing on the motions in limine for November 17, 2021.

3.      The parties hereby stipulate to extend the briefing schedule as follows:

a)      Motions in Limine shall be filed by October 11, 2021.

b)      Oppositions shall be filed by October 25, 2021.

c)      Replies, if any, shall be filed by November 1, 2021.

d)      The hearing on the motions in limine shall remain as scheduled for November 17,

2021.

IT IS SO STIPULATED.


Dated:  September 12, 2021                    PHILLIP A. TALBERT
                                              Acting United States Attorney


                                              /s/ ROSS PEARSON
                                              ROSS PEARSON
                                              Assistant United States Attorney


Dated:  September 12, 2021                    /s/ HEATHER WILLIAMS
                                              HEATHER WILLIAMS
                                              Counsel for Defendant
                                              ISRAEL RIVAS-GOMEZ
                                              (Authorized by email on September 12,
                                              2021)

Dated:  September 12, 2021                    /s/ KEVIN LITTLE
                                              KEVIN LITTLE
                                              Counsel for Defendant
                                              MARCOS CASTRO
                                              (Authorized by email on September 12,
                                              2021)


## FINDINGS AND ORDER

IT IS SO ORDERED.

   Dated:   **September 13, 2021**          _____
                                            UNITED STATES DISTRICT JUDGE