1  PHILLIP A. TALBERT
   Acting United States Attorney
2  ROSS PEARSON
   MELANIE L. ALSWORTH
3  Assistant United States Attorney
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6
   Attorneys for Plaintiff
7  United States of America

8

9            IN THE UNITED STATES DISTRICT COURT

10                EASTERN DISTRICT OF CALIFORNIA

11

12 | UNITED STATES OF AMERICA,          | CASE NO. 1:18-CR-00002

               Plaintiff,               STIPULATION TO CONTINUE TRIAL;
13                                      FINDINGS AND ORDER
            v.
14                                      DATE: January 11, 2022
   ISRAEL RIVAS-GOMEZ, AND              TIME: 8:30 a.m.
15 JOHN DOE AKA MARCOS CASTRO,          COURT: Hon. Dale A. Drozd

16            Defendants.

17

18                            **STIPULATION**

19     1.   By previous order, this matter was set for trial on January 11, 2022.

20     2.   By this stipulation, defendants now move to continue the trial until February 1, 2022, and

21 to exclude time between January 11, 2022, and February 1, 2022, under Local Code T4.

22     3.   The parties agree and stipulate, and request that the Court find the following:

23          a)   The government has represented that the discovery associated with this case

24     includes tens of thousands of pages of discovery, including wiretap calls and messages from

25     twenty-two Facebook accounts and thirty-two phones, search warrant reports, photos, hundreds

26     of hours of audio, search warrant returns for more than 200 Facebook warrants, police reports,

27     cell phone extractions, results of forensic testing, and an autopsy report. All of this discovery

28     has been either produced directly to counsel and/or made available for inspection and copying.

The United States also anticipates producing additional discovery, such as Jencks Act statements, as trial approaches.

  b) Counsel for defendants desire additional time to review the discovery, consult with their clients, file motions, and prepare for trial.  In addition, the currently scheduled trial date of January 11, 2022, will make it difficult for counsel to adequately prepare due to the holiday schedule and potential leave.

  c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 11, 2022 to February 1, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  October 13, 2021 | PHILLIP A. TALBERT<br>Acting United States Attorney<br><br>/s/ ROSS PEARSON<br>ROSS PEARSON<br>Assistant United States Attorney |
| Dated:  October 13, 2021 | /s/ HEATHER WILLIAMS<br>HEATHER WILLIAMS<br>Counsel for Defendant<br>ISRAEL RIVAS-GOMEZ<br>(Authorized by email on October 13, 2021) |
| Dated:  October 13, 2021 | /s/ KEVIN LITTLE<br>KEVIN LITTLE<br>Counsel for Defendant<br>JOHN DOE AKA MARCOS CASTRO<br>(Authorized by email on October 13, 2021) |

**FINDINGS AND ORDER**

IT IS SO ORDERED.

Dated:  **October 13, 2021**             _Dale A. Drozd_
                              UNITED STATES DISTRICT JUDGE