IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ISRAEL ALBERTO RIVAS GÓMEZ,<br><br>Defendant. | Case №: 1:18-CR-00002-NONE-SKO<br><br>**O R D E R**<br><br>**SEALING RIVAS GÓMEZ' UNREDACTED EXHIBITS D AND E - MOTION IN LIMINE TO PRECLUDE GOVERNMENT SUMMARIES OF RIVAS GÓMEZ' FACEBOOK/PHONE TEXTS** |

Upon Defendant ISRAEL ALBERTO RIVAS GÓMEZ' motion to file under seal his *Unredacted Exhibits D and E - Motion in Limine to Preclude Government Summaries of Rivas Gómez' Facebook/Phone Texts*, and good cause appearing under Local Rule 141, Fed.R.Crim.Proc. 49.1, and Local Rule 140(a), finding his *Unredacted Exhibits D and E - Motion in Limine to Preclude Government Summaries of Rivas Gómez' Facebook/Phone Texts* includes a minor's name, image, and Facebook identifier,

IT IS HEREBY ORDERED filing **under seal** RIVAS GÓMEZ' *Unredacted Exhibits D and E - Motion in Limine to Preclude Government Summaries of Rivas Gómez' Facebook/Phone Texts*. All counsel of record in this case will have access to these under seal pleadings. As this case proceeds and circumstances change, the parties are directed to periodically review the pleadings under seal for possible unsealing.

IT IS SO ORDERED.

Dated: __October 15, 2021__      _____
                                 UNITED STATES DISTRICT JUDGE