PHILLIP A. TALBERT
Acting United States Attorney
ROSS PEARSON
MELANIE L. ALSWORTH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ISRAEL RIVAS-GOMEZ,<br>and JOHN DOE AKA MARCOS CASTRO,<br><br>Defendants. | CASE NO. 1:18-CR-00002-NONE<br><br>STIPULATION FOR EXTENSION OF BRIEFING SCHEDULE; ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. The parties' oppositions to motions in limine are currently scheduled to be filed no later than October 25, 2021. Replies are scheduled to be filed no later than November 1, 2021.

2. The parties stipulate to the following extension of the motion in limine briefing schedule:

   a) Oppositions shall be filed no later than November 1, 2021.

   b) Replies, if any, shall be filed no later than November 8, 2021.

   c) The hearing on the motions in limine shall remain as currently scheduled for November 17, 2021.

IT IS SO STIPULATED.

STIPULATION FOR EXTENSION OF BRIEFING SCHEDULE        1

| | |
|---|---|
| Dated:  October 21, 2021 | PHILLIP A. TALBERT<br>Acting United States Attorney<br><br>/s/ ROSS PEARSON<br>ROSS PEARSON<br>Assistant United States Attorney |
| Dated:  October 21, 2021 | /s/ HEATHER WILLIAMS<br>HEATHER WILLIAMS<br>Counsel for Defendant<br>ISRAEL RIVAS-GOMEZ<br>(Authorized by email on October 21, 2021) |
| Dated:  October 21, 2021 | /s/ KEVIN LITTLE<br>KEVIN LITTLE<br>Counsel for Defendant<br>MARCOS CASTRO<br>(Authorized by email on October 21, 2021) |

**FINDINGS AND ORDER**

IT IS SO ORDERED.

Dated:  **October 25, 2021**        _Dale A. Drozd_
                                    UNITED STATES DISTRICT JUDGE