PHILLIP A. TALBERT
Acting United States Attorney
ROSS PEARSON
MELANIE L. ALSWORTH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00002-NONE |
|---|---|
| Plaintiff, | STIPULATION FOR EXTENSION OF BRIEFING SCHEDULE; ORDER |
| v. | |
| ISRAEL RIVAS-GOMEZ, and JOHN DOE AKA MARCOS CASTRO, | |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. The parties' oppositions to motions in limine are currently scheduled to be filed no later than November 1, 2021. Replies are scheduled to be filed no later than November 8, 2021.

2. The hearing on the motions in limine was previously scheduled for November 17, 2021. However, the Court indicated that it plans to continue the hearing on the motions in limine to December 16, 2021.

3. In light of the new hearing date, the parties stipulate to the following extension of the motion in limine briefing schedule:

   a) Oppositions shall be filed no later than November 15, 2021.

    b)  Replies, if any, shall be filed no later than November 29, 2021.

  4.  Motions in limine currently set for November 17, 2021 has been CONTINUED to December 16, 2021.

  IT IS SO STIPULATED.

Dated:  October 27, 2021

    PHILLIP A. TALBERT
    Acting United States Attorney

    /s/ ROSS PEARSON
    ROSS PEARSON
    Assistant United States Attorney

Dated:  October 27, 2021

    /s/ HEATHER WILLIAMS
    HEATHER WILLIAMS
    Counsel for Defendant
    ISRAEL RIVAS-GOMEZ
    (Authorized by email on October 27, 2021)

Dated:  October 27, 2021

    /s/ KEVIN LITTLE
    KEVIN LITTLE
    Counsel for Defendant
    MARCOS CASTRO
    (Authorized by email on October 27, 2021)

**FINDINGS AND ORDER**

IT IS SO ORDERED.

 Dated:  **October 27, 2021**        *Dale A. Drozd*
                UNITED STATES DISTRICT JUDGE