PHILLIP A. TALBERT
Acting United States Attorney
ROSS PEARSON
MELANIE L. ALSWORTH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ISRAEL RIVAS-GOMEZ,<br>and JOHN DOE AKA MARCOS CASTRO,<br><br>Defendants. | CASE NO. 1:18-CR-00002-NONE<br><br>STIPULATION FOR EXTENSION OF BRIEFING SCHEDULE AS TO RIVAS-GOMEZ'S MOTION IN LIMINE TO AUTHENTICATE AND CORRECT TRANSCRIPT; ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. The parties' oppositions to motions in limine are currently scheduled to be filed no later than November 15, 2021. Replies are scheduled to be filed no later than November 29, 2021.

2. The hearing on the motions in limine is scheduled for December 16, 2021.

3. The government recently received transcripts from the case agents that were re-reviewed for accuracy. However, government counsel has not yet had time to compare the transcripts to those attached to defendant's motion in limine as Exhibit B. To permit the government time to complete its review and file its response/opposition, the parties stipulate to the following extension of the motion in limine briefing schedule:

a) Oppositions shall be filed no later than December 1, 2021.

b) Replies, if any, shall be filed no later than December 10, 2021.

IT IS SO STIPULATED.

Dated: November 16, 2021     PHILLIP A. TALBERT
                             Acting United States Attorney

                             /s/ MELANIE L. ALSWORTH
                             MELANIE L. ALSWORTH
                             Assistant United States Attorney

Dated: November 16, 2021     /s/ HEATHER WILLIAMS
                             HEATHER WILLIAMS
                             Counsel for Defendant
                             ISRAEL RIVAS-GOMEZ
                             (Authorized by email on October 27, 2021)

**ORDER**

IT IS SO ORDERED.

Dated:  **November 16, 2021**        _____
                                      UNITED STATES DISTRICT JUDGE