PHILLIP A. TALBERT
Acting United States Attorney
ROSS PEARSON
MELANIE L. ALSWORTH
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00002-NONE |
| Plaintiff, | AMENDED ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |
| v. | |
| ISRAEL RIVAS-GOMEZ, and JOHN DOE, AKA "MARCOS CASTRO", | |
| Defendants. | |

Pursuant to Local Rule 141(b) and based upon the representation contained in the government's Amended Request to Seal, IT IS HEREBY ORDERED that the following documents shall be SEALED until further order of this Court:[1]

1. An unredacted version of the United States' Response to Rivas-Gomez's 404(b) Notice, Motion in Limine to Authenticate Transcripts, and Motion in Limine to Sever and any attachments to these oppositions;

2. An unredacted version of the United States' Oppositions to Castro's Motions in Limine Nos. 1–5, 7–10, 11, 15 and 16 and any attachments to these oppositions; and

3. Request to Seal Documents.

---

[1] This order amends the prior sealing order filed at ECF No. 287.

It is further ordered that access to the sealed documents shall be limited to the government and counsel for the respective defendants.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the government's request, sealing the government's motion serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the government would be harmed. In light of the public filing of its request to seal, the Court further finds that there are no additional alternatives to sealing the government's motion that would adequately protect the compelling interests identified by the government.

IT IS SO ORDERED.

Dated: __**November 23, 2021**__    _____
UNITED STATES DISTRICT JUDGE