PHILLIP A. TALBERT
Acting United States Attorney
ROSS PEARSON
MELANIE L. ALSWORTH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00002-NONE |
| Plaintiff, | STIPULATION FOR EXTENSION OF BRIEFING SCHEDULE; ORDER |
| v. | |
| ISRAEL RIVAS-GOMEZ, and JOHN DOE AKA MARCOS CASTRO, | |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1. The parties' replies to motions in limine are currently scheduled to be filed no later than November 29, 2021.

2. The hearing on the motions in limine is scheduled for December 16, 2021.

3. To allow adequate time to investigate, research and prepare replies, the parties stipulate and agree that replies, if any, shall be filed no later than December 6, 2021.

STIPULATION FOR EXTENSION OF BRIEFING SCHEDULE        1

IT IS SO STIPULATED.

Dated:  November 29, 2021          PHILLIP A. TALBERT
                                   Acting United States Attorney


                                   /s/ MELANIE L. ALSWORTH
                                   MELANIE L. ALSWORTH
                                   Assistant United States Attorney


Dated:  November 29, 2021          /s/ HEATHER WILLIAMS
                                   HEATHER WILLIAMS
                                   Counsel for Defendant
                                   ISRAEL RIVAS-GOMEZ
                                   (Approved via email on Nov. 16, 2021)


Dated:  November 29, 2021          /s/ KEVIN LITTLE
                                   KEVIN LITTLE
                                   Counsel for Defendant
                                   JOHN DOE aka "MARCOS CASTRO"


**FINDINGS AND ORDER**

IT IS SO ORDERED.

Dated:  **November 29, 2021**      _____
                                   UNITED STATES DISTRICT JUDGE