Kevin G. Little, SBN 149818
**LAW OFFICE OF KEVIN G. LITTLE**
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 342-5800
Facsimile: (559) 242-2400
E-Mail: kevin@kevinlittle.com

Attorneys for Defendant John Doe, aka Marcos Castro

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case №: 1:18-CR-00002-NONE-SKO |
| Plaintiff, | **STIPULATION AND ORDER RE: TAKING OF THE FOREIGN VIDEO DEPOSITION OF MARIA CASTRO** |
| vs. | |
| ISRAEL ALBERTO RIVAS GOMEZ: JOHN DOE aka "Marcos Castro," | |
| Defendants. | |

TO THE HONORABLE COURT:

In accordance with Federal Rule of Criminal Procedure 15, the parties hereby stipulate to the taking of the foreign video deposition of Maria Castro, a Salvadoran national, on January 7, 2022, at 9:00 a.m. PST. The notice of said deposition, which specifies the terms agreed by the parties, is attached hereto as Exhibit A. The parties further agree that the Court has good cause to make the findings required for foreign depositions taken outside of the defendants' presence, as required by Federal Rule of Civil Procedure 15(c)(3), specifically because the defense represents Ms. Castro is a material witness with knowledge of the defendant's true identity, his connection to the MS-13 gang in El Salvador, and the reasons why he emigrated from El Salvador to the United States in approximately 2014.

-1-
STIPULATION AND PROPOSED ORDER

IT IS SO STIPULATED.

Dated: December 1, 2021									PHILLIP A. TALBERT
											Acting United States Attorney

											/s/ ROSS PEARSON
											ROSS PEARSON

Dated: December 1, 2021									/s/ HEATHER WILLIAMS
											HEATHER WILLIAMS
											Counsel for Defendant
											ISRAEL RIVAS-GOMEZ

Dated: December 1, 2021									/s/ KEVIN LITTLE
											KEVIN LITTLE
											Counsel for Defendant
											JOHN DOE AKA MARCOS CASTRO

**FINDINGS AND ORDER**

IT IS SO ORDERED.

Dated: **December 1, 2021**									_Dale A. Drozd_
											UNITED STATES DISTRICT JUDGE