PHILLIP A. TALBERT
United States Attorney
ROSS PEARSON
CHRISTOPHER D. BAKER
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00002-NONE |
| Plaintiff, | ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |
| v. | |
| ISRAEL RIVAS-GOMEZ, and JOHN DOE, AKA "MARCOS CASTRO", | |
| Defendants. | |

Pursuant to Local Rule 141(b) and based upon the representation contained in the government's Request to Seal, IT IS HEREBY ORDERED that the following documents shall be SEALED until further order of this Court:

1. An unredacted version of the United States' Surreply to Marcos Castro's Motions in Limine 1–3;
2. Exhibit 1 to the United States' Surreply to Marcos Castro's Motions in Limine 1–3; and
3. Request to Seal Documents.

It is further ordered that access to the sealed documents shall be limited to the government and counsel for the respective defendants.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in

the government's request, sealing the government's motion serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the government would be harmed. In light of the public filing of its request to seal, the Court further finds that there are no additional alternatives to sealing the government's motion that would adequately protect the compelling interests identified by the government.

IT IS SO ORDERED.

Dated: __December 28, 2021__          _____
                                       UNITED STATES DISTRICT JUDGE