PHILLIP A. TALBERT
United States Attorney
ROSS PEARSON
CHRISTOPHER D. BAKER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00002-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION FOR PROTECTIVE ORDER; ORDER |
| v. | |
| ISRAEL RIVAS-GOMEZ and JOHN DOE, aka MARCOS CASTRO, | |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. The Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure and its general supervisory authority.

2. Defendants Israel Rivas-Gomez and Marcos Castro are charged with two counts in a case arising out of a years-long investigation into the MS-13 enterprise in Mendota, California, and elsewhere. During the investigation, law enforcement conducted several custodial interviews of suspected MS-13 members.  Among others, the government interviewed a person numerous times in 2019, who on April 23, 2021, pleaded guilty to three counts alleged in an Information.  Case No. 1:21-CR-000109-DAD-BAM (Under Seal).  The government already has produced to Defense Counsel

1   redacted transcripts of three of those interviews.

2       3.    Without conceding that any rule of discovery requires production of the audio recordings
3   of the interviews and sealed pleadings described above, the United States of America intends to disclose
4   the recorded interviews and sealed pleadings to counsel for Rivas-Gomez and Castro prior to trial in this
5   case.  However, the content of these interviews and sealed pleadings, if disclosed to the defendants
6   individually or further disseminated to other MS-13 members, could place certain individuals at risk of
7   harm to the extent it appears that they cooperated with law enforcement.

8       4.    By signing this Stipulation and Protective Order, Defense Counsel agree not to
9   disseminate copies nor share with anyone other than designated linguists the contents or summaries of
10  the contents of the audio recordings of the interviews and sealed pleadings described above (Bates
11  stamped ATTORNEYS_ONLY _0001 - _0037).

12      5.    The audio recordings and sealed pleadings described above may only be used in
13  connection with the litigation of this case and for no other purpose. Upon final disposition of the case,
14  including exhaustion of direct and collateral appellate proceedings, Defense Counsel shall return the
15  audio recordings and sealed pleadings described above to the government, or certify in writing that they
16  have been destroyed.

17      6.    Defense Counsel will store the discovery in a secure place and will use reasonable care to
18  ensure that it is not disclosed to anyone in violation of this agreement.

19      7.    Defense Counsel shall be responsible for advising designated linguists of the contents of
20  this Stipulation and Order.

21      8.    In the event that the defendant substitutes counsel, undersigned Defense Counsel agree to
22  withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by
23  this Order.

*Remainder of Page Intentionally Left Blank*

IT IS SO STIPULATED.

Dated:  January 28, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ ROSS PEARSON
ROSS PEARSON
Assistant United States Attorney

Dated: January 28, 2022

/s/ HEATHER WILLIAMS
HEATHER WILLIAMS
Counsel for Defendant
ISRAEL RIVAS-GOMEZ
(Authorized by email on January 20, 2022)

Dated: January 28, 2022

/s/ KEVIN LITTLE
KEVIN LITTLE
Counsel for Defendant
MARCOS CASTRO
(Authorized by email on December 27, 2021)

**FINDINGS AND ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:   **January 28, 2022**

UNITED STATES DISTRICT JUDGE