PHILLIP A. TALBERT
United States Attorney
ROSS PEARSON
CHRISTOPHER D. BAKER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00002-JLT |
|---|---|
| Plaintiff, | STIPULATION TO ADVANCE MOTION IN LIMINE HEARING DATE; ORDER |
| v. | |
| ISRAEL RIVAS-GOMEZ, and JOHN DOE AKA MARCOS CASTRO, | |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. The Court currently has a hearing on the parties' motions in limine scheduled for March 11, 2022.

2. The parties stipulate to advance the hearing date to March 4, 2022, at 10 a.m.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: February 10, 2022 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ ROSS PEARSON<br>ROSS PEARSON<br>Assistant United States Attorney |
| Dated: February 10, 2022 | /s/ HEATHER WILLIAMS<br>HEATHER WILLIAMS<br>Counsel for Defendant<br>ISRAEL RIVAS-GOMEZ<br>(Authorized by email on<br>February 10, 2022) |
| Dated: February 10, 2022 | /s/ KEVIN LITTLE<br>KEVIN LITTLE<br>Counsel for Defendant<br>MARCOS CASTRO<br>(Authorized by email on<br>February 10, 2022) |

**FINDINGS AND ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated: **February 15, 2022**

*Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE