IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ISRAEL ALBERTO RIVAS GÓMEZ,<br><br>    Defendant. | Case №: 1:18-CR-00002-NONE-SKO<br><br>**ORDER GRANTING THE REQUEST OF DEFENDANT RIVAS GÓMEZ TO SEAL EXHIBIT A TO HIS MOTION IN LIMINE (Doc 415)**<br><br>**(Doc. 419)** |

Before the Court is the request of Mr. Rivas Gomez to file under seal exhibit A to his motion in limine (Doc. 419). The exhibit appears to reveal the identities of suspected gang members, which is likely to pose a risk to their safety. Thus, according to *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990), sealing serves a compelling interest and there are no additional alternatives to sealing that would adequately protect the compelling interests made by Mr. Rivas Gomez. Thus, the Court **ORDERS**:

    1.    The request of Mr. Rivas Gomez to file exhibit A to his motion in limine (Doc. 415) is **GRANTED.** All counsel of record in this case will have access to these under seal pleadings.

///

///

As this case proceeds and circumstances change, the parties are directed to periodically review the pleadings under seal for possible unsealing.

IT IS SO ORDERED.

Dated: __May 13, 2022__                                              /s/ Jennifer L. Thurston
                                                                                    UNITED STATES DISTRICT JUDGE