PHILLIP A. TALBERT
United States Attorney
ROSS PEARSON
CHRISTOPHER D. BAKER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ISRAEL RIVAS-GOMEZ, AND<br>JOHN DOE AKA MARCOS CASTRO,<br><br>　　　　　　　Defendants. | CASE NO. 1:18-CR-00002-JLT<br><br>STIPULATION TO CONTINUE DEADLINE FOR FILING CERTAIN TRIAL SUBMISSIONS; ORDER<br><br>DATE: May 23, 2022<br>TIME: 4:00 p.m.<br>COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

1. By previous order, the Court scheduled May 23, 2022 as the date for the parties to make certain trial-related filings, including Trial Briefs, Proposed Jury Instructions and Verdict Form, Proposed Voir Dire Questions, Witness Lists and Exhibit Lists.

2. By this stipulation, the parties request that the due date for these filings be continued to May 27, 2022.

3. The parties agree and stipulate, and request that the Court find that this brief continuance will promote efficiency and economy of Court resources by permitting the parties additional time to consult and confer, to manage inevitable witness and other preparatory scheduling changes and finalize submissions with minimal likelihood that amended filings would need to be made.

///

1     IT IS SO STIPULATED.

Dated: May 16, 2022      PHILLIP A. TALBERT
                                                        United States Attorney

                                                        /s/ ROSS PEARSON
                                                        ROSS PEARSON
                                                        Assistant United States Attorney

Dated: May 16, 2022      /s/ HEATHER WILLIAMS
                                                        HEATHER WILLIAMS
                                                        Counsel for Defendant
                                                        ISRAEL RIVAS-GOMEZ
                                                        (Authorized by email on 5/17/2022)

Dated: May 17, 2022      /s/ KEVIN LITTLE
                                                        KEVIN LITTLE
                                                        Counsel for Defendant
                                                        JOHN DOE AKA MARCOS CASTRO
                                                        (Authorized by email on 5/17/2022)

## [~~PROPOSED~~] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this <u>18th</u> day of <u>  May  </u>, <u>2022</u>.

                                                        The Honorable Jennifer L. Thurston
                                                        UNITED STATES DISTRICT JUDGE