1  PHILLIP A. TALBERT
   United States Attorney
2  ROSS PEARSON
   CHRISTOPHER D. BAKER
3  Assistant United States Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile:  (559) 497-4099

6
   Attorneys for Plaintiff
7  United States of America

8                  IN THE UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00002-JLT |

12 |                  Plaintiff, | ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |

13 |            v. |

14 | ISRAEL RIVAS-GOMEZ, and
     JOHN DOE, AKA "MARCOS CASTRO", |

15 |                  Defendants. |

16

17

18       Pursuant to Local Rule 141(b) and based upon the representation contained in the government's

19 Amended Request to Seal, IT IS HEREBY ORDERED that the following documents shall be SEALED

20 until further order of this Court:

21       1.  An unredacted version of the United States' Trial Brief; and

22       2.  Request to Seal Documents.

23       It is further ordered that access to the sealed documents shall be limited to the government and

24 counsel for the respective defendants.

25       The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court*

26 *for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in

27 the government's request, sealing the government's motion serves a compelling interest. The Court

28 further finds that, in the absence of closure, the compelling interests identified by the government would

be harmed. In light of the public filing of its request to seal, the Court further finds that there are no additional alternatives to sealing the government's motion that would adequately protect the compelling interests identified by the government.

IT IS SO ORDERED.

Dated: **May 30, 2022**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE