HEATHER E. WILLIAMS, Bar # 122664
Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2220
Telephone: 559.487.5561
heather_williams@fd.org

Attorney for Defendant
ISRAEL ALBERTO RIVAS GÓMEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00002-JLT-SKO |
|---|---|
| *Plaintiff*, | **MOTION AND ORDER TO RELEASE UNDER SEAL PORTION OF TRANSCRIPT** |
| vs. | |
| ISRAEL ALBERTO RIVAS GÓMEZ, | |
| *Defendant*. | |

Defendant Israel Alberto Rivas Gómez, by and through Heather E. Williams, Federal Defender, filed a transcript request (Dkt. 499) with the Court for Motions in Limine Hearings held on March 4, 2022 and May 26, 2022. As a portion of the March 4, 2022 hearing is sealed, Mr. Rivas Gómez requests the Court release the full transcript.

Date: June 2, 2022             HEATHER E. WILLIAMS
                               Federal Defender

                               */s/ Heather E. Williams*
                               HEATHER E. WILLIAMS
                               Federal Defender
                               Attorney for Defendant Israel Alberto Rivas Gómez

**[PROPOSED] ORDER**

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that Mr. Rivas Gómez receive the full transcript to the Motion in Limine Hearing on March 4, 2022 including the sealed portion.

IT IS SO ORDERED.

Dated:   **June 2, 2022**

*[signature: Jennifer L. Thurston]*
UNITED STATES DISTRICT JUDGE