DANIEL C. CEDERBORG
  County Counsel – SBN 124260
SCOTT C. HAWKINS
  Deputy County Counsel - SBN 207236
FRESNO COUNTY COUNSEL
2220 Tulare Street, Suite 500
Fresno, California  93721
schawkins@fresnocountyca.gov
Telephone: (559) 600-3479
Facsimile: (559) 600-3480

*Exempt From Filing Fees Pursuant
To Government Code Section 6103*

Attorneys for FRESNO SHERIFF'S OFFICE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RIVAS GOMEZ, ET AL,<br><br>    Defendant,<br><br>FRESNO COUNTY SHERIFF'S OFFICE,<br><br>    Real Party in Interest. | Case No. 1:18-CR-00002-JLT-SKO<br><br>**[PROPOSED] PROTECTIVE ORDER FOR PERSONNEL RECORDS OF DEPUTY FERNANDO MACIAS**<br><br>[PROPOSED Protective Order] |

The Court has conducted an ***in camera* review** of certain personnel records possessed by the FRESNO COUNTY SHERIFF'S OFFICE of a witness intended to be in the matter in this matter, the Court **ORDERS:**

With respect to any documents or information provided by the FRESNO COUNTY SHERIFF'S OFFICE to the Court and based upon the Court's review described above:

1.  The documents or information shall be used by defendants, Israel Rivas Gomez and Marcos Castro, and counsel for the United States of America, in the present action only;

2. The documents or information may be viewed only by counsel of record for defendants, Israel Rivas Gomez and Marcos Castro, and counsel for the United States of America, their investigators, assistants, and employees assigned to this case identified and may be viewed by named witnesses related to the documents or information disclosed.  The parties shall not share, disclose or otherwise disseminate the information or documents provided by the FRESNO COUNTY SHERIFF'S OFFICE with Mr. Rivas Gomez or Mr. Castro or anyone outside of the defense or prosecutions teams; and

3. The documents or information shall be returned by all counsel to the Court Clerk in a marked and sealed envelope within three days of the conclusion of the present action.

IT IS SO ORDERED.

Dated:  **June 21, 2022**

UNITED STATES DISTRICT JUDGE