HEATHER E. WILLIAMS, Bar # 122664
Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2220
Telephone: 559.487.5561
heather_williams@fd.org

Attorney for Defendant
ISRAEL ALBERTO RIVAS GÓMEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00002-JLT-SKO |
|---|---|
| Plaintiff, | **MOTION AND ORDER TO RELEASE UNDER SEAL PORTION OF 10/1/2020 TRANSCRIPT** |
| vs. | |
| ISRAEL ALBERTO RIVAS GÓMEZ, | |
| Defendant. | |

Defendant ISRAEL ALBERTO RIVAS GÓMEZ, by and through Heather E. Williams, Federal Defender, plans to file a transcript request with the Court for the Motion Hearing held on October 1, 2020, which Mr. Rivas Gómez attended in full.  The transcript was recently filed as Docket 582 and parties must notice and identify desired redactions in the next weeks.  As a portion of the October 1, 2020 hearing is sealed, Mr. Rivas Gómez requests the Court release the full transcript to him so he can notice his desired redactions accordingly.

Date: July 26, 2022

                                        HEATHER E. WILLIAMS
                                        Federal Defender

                                        */s/ Heather E. Williams*
                                        HEATHER E. WILLIAMS
                                        Federal Defender
                                        Attorney for Defendant Israel Alberto Rivas Gómez

**[PROPOSED] ORDER**

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that Mr. Rivas Gómez receive the full transcript to the October 1, 2020 Motion Hearing including the sealed portions.

IT IS SO ORDERED.

Dated: __July 26, 2022__                             _(signature)_
                                                                   UNITED STATES DISTRICT JUDGE