IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №:1:18-CR-00002-JLT-SKO |
|---|---|---|
| Plaintiff, | ) | **O R D E R**<br>**CONTINUING RIVAS GÓMEZ** |
| vs. | ) | **SENTENCING AND RELATED**<br>**PRESENTENCE REPORT DEADLINES** |
| ISRAEL ALBERTO RIVAS GOMEZ, | ) | |
| Defendant. | ) | |

Upon stipulated motion by and between Defendant, ISRAEL ALBERTO RIVAS GÓMEZ, by and through Heather E. Williams, Federal Defender, and the United States of America by Phillip A. Talbert, United States Attorney, through Ross Pearson, Assistant U.S. Attorney, following CAE Local Rule 460, and good cause appearing,

IT IS HEREBY ORDERED continuing Defendant ISRAEL ALBERTO RIVAS GÓMEZ' December 16, 2022 sentencing to **Friday, March 10, 2023 at 9:00 a.m.** and extending the related Presentence Report (PSR) deadlines as follows:

| DEADLINE | DATE |
|---|---|
| Formal Objections to PSR | 2/24/23 |
| PSR | 2/17/23 |
| Informal Objections to PSR | 2/3/23 |

IT IS SO ORDERED.

Dated:   **November 28, 2022**

UNITED STATES DISTRICT JUDGE