IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case №: 1:18-CR-00002-JLT-SKO |
|---|---|---|
| Plaintiff, | ) | **O R D E R** |
| vs. | ) | **SEALING RIVAS GÓMEZ'** |
| ISRAEL ALBERTO RIVAS GÓMEZ, | ) | **SENTENCING MEMO AND ITS ATTACHMENTS** |
| Defendant. | ) | |

  Upon Defendant ISRAEL ALBERTO RIVAS GÓMEZ' motion to file under seal his *Sentencing Memo* and its attachments, and good cause appearing under Fed.R.Crim.Proc.49.1, Local Rule 141 and relevant case law, finding his *Sentencing Memo* and its attachments include information subject to this Court's *Protective Orders* (Dkt. 113, 5/22/2020 and Dkt.745, 1/18/23) and/or already filed under seal in other pleadings in this case's docket, contains home address and Social Security Number information, and that disclosure on the public docket might endanger certain lives,

  IT IS HEREBY ORDERED filing **under seal** RIVAS GÓMEZ' *Sentencing Memo* and its attachments. The Government in this case will have access to these under seal pleadings. As this case proceeds and circumstances change, the parties are directed to periodically review the pleadings under seal for possible unsealing.

IT IS SO ORDERED.

  Dated: **March 29, 2023**

*(signed)* Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE